[No. 41222-1-I.    Division One.    March 22, 1999.]

NORTH COAST ENTERPRISES, INC., *Respondent*, v. FACTORIA PARTNERSHIP, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-10033-0, Glenna Hall, J., entered July 11, 1997. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Appelwick, JJ. Now published at 94 Wn. App. 855.

[No. 41439-9-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES D. LONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07978-9, Patricia H. Aitken, J., entered October 8, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41712-6-I.    Division One.    March 22, 1999.]

RENITA R. OWENS, ET AL., *Appellants*, v. FARMERS INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-31958-1, J. Kathleen Learned, J., entered October 29, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 41937-4-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. VIKTOR GRIGORYUK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04452-5, Brian D. Gain, J., entered December 15, 1997. *Dismissed* by unpublished per curiam opinion.